AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 MAY -3 P 2: 43

CLERK'S OFFICE
AT GREENBELT

Jeffery R. Sedgwick )
Plaintiff/Petitioner )
v. ) Civil Action No. _____
NCO Finanical Systems, Inc. )
Defendant/Respondent )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____XXXX_____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
Contract Employee to Washington Courier, 5520 Cherokee Avenue #120, Alexandria, VA 22312
Affiliate Commission Sales, Click Sales, Inc. 917 South Lusk St., Boise, ID 83706

My gross pay or wages are: $ __788.00__, and my take-home pay or wages are: $ __788.00__ per
(specify pay period) __bi-weekly__.

3. *Other Income.* In the past 12 months, I have received income from the following sources (check all that apply):

(a) Business, profession, or other self-employment    ☑ Yes    ☐ No
(b) Rent payments, interest, or dividends              ☐ Yes    ☑ No
(c) Pension, annuity, or life insurance payments       ☐ Yes    ☑ No
(d) Disability, or worker's compensation payments      ☐ Yes    ☑ No
(e) Gifts, or inheritances                             ☐ Yes    ☑ No
(f) Any other sources                                  ☐ Yes    ☑ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.
Contractor to Washington Courier Commissions - ~$11,000.00 year 2011
Internet Sales Commissions - ~$9,500.00 year 2011

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 100.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
1999 Chevy Lumina
Currency - 25,000 Iraqi Dinar
Computer w/backup drives

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
Electricity - $317.00 per month (Heat,A/C,Cooking & Hot Water
Phone/Internet/TV - $145.00 per month
Water - $36.00 per month
Food - $100.00 per month
Fuel for Auto (delivery contract) - $400.00 per month
Replacement Windows for home - $135.00 per month

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
KJS (17yrs) - dependent daughter - all surplus funds go to her support and will go to her college in the Fall.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
2 judgments - neither are being collect upon at this time.

Declaration: I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 5/3/2012

Applicant's signature

Jeffery R. Sedswick
Printed name