United States District Court
for the
District of Maryland
Greenbelt Division

Jeffery R Sedgwick
    Plaintiff

                                    Case No. RTW-12-CV-1361
    v.

NCO Financial Systems, Inc.,
    Defendant


## Motion To Redact

Comes now Jeffery R. Sedgwick, Plaintiff, and moves this court to redact all contents of Plaintiff's filings for In Forma Pauperis from Pacer.gov.

Respectfully Submitted,

May 8, 2012

Jeffery R. Sedgwick