## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **JEFFERY R. SEDGWICK** | * | |
|  | * | |
| *Plaintiff,* | * | |
|  | * | Case No.: RWT 12cv1361 |
| **v.** | * | |
|  | * | |
|  | * | |
| **NCO FINANCIAL SYSTEMS, INC.** *et al.* | * | |
|  | * | |
| *Defendants.* | * | |

### ORDER

On May 8, 2012, Plaintiff Jeffrey Sedgwick ("Sedgwick"), a resident of Laurel, Maryland, filed this self-represented Complaint under the Fair Credit Reporting Act, accompanied by an indigency application.   (ECF Nos. 1 & 2).  After filing the Complaint, Plaintiff filed a Motion to Redact his indigency application and an Amended Motion for Leave to Proceed *In Forma Pauperis*. (ECF Nos. 3 & 4).  The Motion to Redact will be granted.  The original indigency application will be denied as moot.

In his Amended Application Sedgwick claims that: (1) he is employed and earns a "bi-weekly" salary of $788.00; (2) in 2011, he earned $11,000.00 in commissions as a contractor for Washington Courier; (3) $9,500 in commissions from Internet Sales (4) he owns a 1999 automobile, computer, and 25,000 in foreign currency (Iraqi Dinars); and (5) currently maintains $100.00 in a bank account.  The Affidavit lists monthly expenses totaling $933.00 and Sedgwick acknowledges that surplus funds go to support his dependent 17 year-old daughter.  Although the undersigned is sympathetic to Plaintiff's indigency application, I find that Sedgwick is not impoverished for purposes of waiving the civil filing fee and granting indigency status under 28 U.S.C. § 1915. Therefore, the Court shall deny Sedgwick's Amended Motion for Leave to Proceed *In Forma Pauperis* and shall require that the full $350.00 filing fee be paid.

Accordingly, it is this 21st day of May, 2012, by the United States District Court for the

District of Maryland, hereby **ORDERED** that:

1. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 2) is **DENIED AS MOOT**;

2. Plaintiff's Motion to Redact Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 3) is **GRANTED**;

3. Plaintiff's Amended Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 4) is **DENIED**; and

4. Plaintiff **SHALL REMIT** the full $350.00 filing fee **WITHIN TWENTY-EIGHT (28) DAYS** from the entry date of this Order.  He is cautioned that his failure to remit the fee to the Clerk in a timely manner will result in the dismissal of his case without prejudice and without further notice.

                                    /s/
                          ROGER W. TITUS
                    UNITED STATES DISTRICT JUDGE