

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Reply to Southern Division Address                                            Elizabeth B. Snowden, Chief Deputy

May 25, 2012

Jeffery R. Sedgwick
9306 Hilltop Ct
Laurel, MD 20708

    Re:    Case No. RWT 12-cv-1361

Dear Party:

    The Clerk received your First Amended Complaint on May 24, 2012; however, it is deficient in the area(s) checked below and is being returned to you, at the direction of the presiding judge.

**Noncompliance with L.R. 101 or 102**
☐ Member of bar has not signed the document.
☐ Business entities other than sole proprietorships must be represented by counsel.

**Noncompliance with L.R. 102 and FRCivP 5**
☐ Certificate of service not affixed to document.
☐ Certificate of service not dated and/or not signed.

**Noncompliance with L.R. 104 or 105**
☐ Discovery materials should not be filed unless in support of a motion or by court order.
☐ Discovery motion filed contrary to L.R. 104.7.

**Miscellaneous**
☐ Document does not contain original signature.

☒ Other: A Redline (comparison) copy was not filed with the First Amended Complaint. Please re-file the clean version of the amended complaint, along with a redlined (comparison) copy.

Very truly yours,

 /s/
R. Smith, for
Felicia C. Cannon, Clerk

cc: Other counsel/party
Return pleading letter (Rev. 02/2011)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**