

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

Jeffery R. Sedgwick )
9306 Hilltop Court )
Laurel, Maryland 20708 )
    Plaintiff )
)
) Case No. **RWT 12 CV 1361**
vs. )
)
NCO FINANCIAL SYSTEMS, INC. ) Judge _____
507 Prudential Road )
Horsham, Pennsylvania 19044 )
)
) Trial by Jury Demanded
)

## FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FCRA AND FDCPA

### JURISDICTION

1. This court has jurisdiction under 15 U.S.C. §1681p and 28 U.S.C §1331.

2. All conditions precedent to the bringing of this action have been performed.

### PARTIES

3. The Plaintiff in this lawsuit is Jeffery R. Sedgwick, a natural person, who resides in Prince George's County, Maryland.

4. The Defendant in this lawsuit is NCO FINANCIAL SYSTEMS, INC., an unknown entity with offices at 205 Prudential Road, Horsham, PA 19044.

## VENUE

5. The occurrences which give rise to this action occurred in Prince George's County, Maryland, and Plaintiff resides in Prince George's County, Maryland.

6. Venue is proper in the District of Maryland, Greenbelt Division.

## GENERAL ALLEGATIONS

7. Plaintiff obtained his consumer credit reports from the three major credit reporting agencies and found entries within the reports that he was unfamiliar.

8. Plaintiff determined that his consumer credit report had been obtained on various occasions by various entities he did not recognize and without his consent.

9. Plaintiff found after examination of his TransUnion consumer credit report that Defendant NCO FINANCIAL SYSTEMS, INC. had obtained Plaintiff's TransUnion consumer credit report in November 2010.

10. Discovery of violations brought forth herein occurred in February 20, 2011, and are within the statute of limitations as defined in FCRA, 15 U.S.C. § 1681p.

## COUNT I
## VIOLATION OF THE FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 WILLFUL NON-COMPLIANCE BY DEFENDANT NCO FINANCIAL SYSTEMS, INC.

11. Paragraphs 1 through 10 are re-alleged as though fully set forth herein.

12. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. § 1681a(c).

13. TransUnion is a credit reporting agency within the meaning of the FCRA, 15 U.S.C. § 1681a(f).

14. Consumer credit report is a consumer report within the meaning of the FCRA, 15 U.S.C. § 1681a(d).

15. The FCRA, 15 U.S.C. § 1681b defines the permissible purposes for which a person may obtain a consumer credit report.

16. Such permissible purposes as defined by 15 U.S.C. § 1681b are generally, if the consumer makes application for credit, makes application for employment, or is offered a bona fide offer of credit as a result obtaining said credit report.

17. Plaintiff has never had any business dealings or any accounts with, made application for credit from, made application for employment with, or received a bona fide offer of credit from the Defendant NCO FINANCIAL SYSTEMS, INC..

18. At no time did Plaintiff give his consent for Defendant NCO FINANCIAL SYSTEMS, INC. to acquire his consumer credit report from any credit reporting agency.

19. In November 2010, Defendant NCO FINANCIAL SYSTEMS, INC. obtained the TransUnion consumer credit report for the Plaintiff with no permissible purpose in violation of FCRA, 15 U.S.C. § 1681b.

20. The action of Defendant NCO FINANCIAL SYSTEMS, INC. obtaining the consumer credit report of the Plaintiff with no permissible purpose was a willful violation of FCRA, 15 U.S.C. §1681b and an egregious violation by intrusion of seclusion.

**WHEREFORE**, Plaintiff demands judgment for damages against Defendant, NCO FINANCIAL SYSTEMS, INC. for statutory damages of $1000.00, and attorney's fees if any, and costs, pursuant to 15 U.S.C. § 1681n.

/

/

## COUNT II
## VIOLATION OF THE FAIR DEBT COLLECTIONS ACT 15 U.S.C. §1692 USE OF DECEPTIVE MEANS BY NCO FINANCIAL SYSTEMS, INC.

21. Paragraphs 1 through 20 are re-alleged as though fully set forth herein.

22. Plaintiff is a consumer within the meaning of the FDCPA, 15 U.S.C. § 1692 a(3).

23. Defendant is a Debt Collector within the meaning 15 U.S.C. § 1692 a(6).

24. Defendant did obtain a copy of Plaintiff's credit report without permissible purpose as defined by 15 U.S.C. §1681b.

25. Defendant NCO violated § 1692e(10) through the use of *"any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer"* when NCO obtained Plaintiff's credit report without permission or permissible purpose.

**WHEREFORE**, Plaintiff demands judgment of $1,000 for statutory damages against Defendant NCO FINANCIAL SYSTEMS, INC., for actual damages as they may appear, any attorney's fees, and costs pursuant to 15 U.S.C. § 1692k.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Dated: June 1, 2012
Respectfully Submitted,

Jeffery R. Sedgwick
9306 Hilltop Court
Laurel, Maryland 20708
301-604-2156
vze2snju@verizon.net

Service to:
NCO FINANCIAL SYSTEMS, INC.
c/o The Corporation Trust Incorporated
351 West Camden Street
Baltimore, Maryland 21201