AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Jeffery R. Sedgwick

*Plaintiff*

v.

NCO Financial Systems, Inc.

*Defendant*

Civil Action No. RWT 12 CV 1361

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NCO Financial Systems, Inc.
507 Prudential Road
Horsham, Pennsylvania  19044

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  The Corporation Trust Incorporated
351 West Camden Street
Baltimore, Maryland 21201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/2/2012

*Signature of Clerk or Deputy Clerk*

Entity Name: NCO FINANCIAL SYSTEMS, INC.
Dept ID #: F04235677

General Information   Amendments   Personal Property   Certificate of Status

| | |
|---|---|
| **Principal Office (Current):** | 507 PRUDENTIAL ROAD<br>HORSHAM, PA 19044 |
| **Resident Agent (Current):** | THE CORPORATION TRUST INCORPORATED<br>351 WEST CAMDEN STREET<br>BALTIMORE, MD 21201 |
| **Status:** | **INCORPORATED** |
| Good Standing: | Yes |
| Business Code: | Ordinary Business - Stock |
| **Date of Formation or Registration:** | 09/15/1995 |
| **State of Formation:** | PA |
| **Stock/Nonstock:** | Stock |
| **Close/Not Close:** | Unknown |

**Link Definition**

| | |
|---|---|
| General Information | General information about this entity |
| Amendments | Original and subsequent documents filed |
| Personal Property | Personal Property Return Filing Information and Property Assessments |
| Certificate of Status | Get a Certificate of Good Standing for this entity |

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: