UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| Jeffrey R. Sedgwick, | ) | |
| | ) | |
| Plaintiff | ) | Case No. RWT 12 CV 01361 |
| | ) | |
| v. | ) | |
| | ) | |
| NCO Financial Systems, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT, NCO FINANCIAL SYSTEMS, INC.'S
### ANSWER TO SECOND AMENDED COMPLAINT

NOW COMES Defendant, NCO Financial Systems, Inc. ("NCO"), and in response to plaintiff's Second Amended Complaint, states as follows:

### JURISDICTION

1.     NCO admits the allegations in ¶ 1 for jurisdictional purposes only.

2.     NCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in ¶ 2 of the Complaint, and based thereon denies the same.

### PARTIES

3.     NCO admits the allegations in ¶ 3 upon information and belief.

4.     NCO admits that it has offices located at 507 Prudential Road, Horsham, Pennsylvania.  Except as specifically admitted, NCO denies the allegations in ¶ 4.

### VENUE

5.     NCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in  ¶ 5 of the Complaint, and based thereon denies the

same.

6.      NCO admits the allegations in ¶ 6 for venue purposes only.

**GENERAL ALLEGATIONS**

7.      NCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in ¶ 7 of the Complaint, and based thereon denies the same.

8.      NCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in ¶ 8 of the Complaint, and based thereon denies the same.

9.      NCO admits its account records for plaintiff reflect a credit report was requested and returned to NCO. Except as expressly admitted, NCO denies the remaining allegations contained in ¶ 9 of the Complaint.

10.     NCO denies the allegations in ¶ 10 for lack of sufficient information to justify a reasonable belief therein and as calling for a legal conclusion.

**COUNT I**
**VIOLATION OF THE FAIR CREDIT REPORTING ACT (FCRA), 15**
**U.S.C. § 1681 WILLFUL NON-COMPLIANCE BY DEFENDANT**
**NCO FINANCIAL SYSTEMS, INC.**

11.     NCO reasserts the foregoing as if fully incorporated herein.

12.     NCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in ¶ 12 of the Complaint, and based thereon denies the same.

13.     NCO denies the allegation in ¶ 13 as calling for a legal conclusion.

14.     NCO denies the allegations in ¶ 14 as calling for a legal conclusion.

15.     15 U.S.C. § 1681b speaks for itself and is the best evidence of its contents. To the extent that plaintiff states otherwise, NCO denies the allegations in ¶ 15.

16.     15 U.S.C. § 1681b speaks for itself and is the best evidence of its contents. To the extent that plaintiff states otherwise, NCO denies the allegations in ¶ 16.

17.     NCO lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in ¶ 17 of the Complaint, and based thereon denies the same.

18.     NCO denies the allegations in ¶ 18.

19.     NCO denies the allegations in ¶ 19.

20.     NCO denies the allegations in ¶ 20.

## PRAYER FOR RELIEF

21.     NCO denies that plaintiff is entitled to the relief sought.

AND NOW, in further Answer to the Complaint, NCO avers as follows:

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Pursuant to 15 U.S.C. § 1692k(c), to the extent that a violation(s) is established and in the event NCO is found to be a debt collector as defined in the FDCPA, any such violation(s) was not intentional and resulted from a bona fide error, notwithstanding the maintenance of procedures reasonably adapted to avoid such error.

### THIRD AFFIRMATIVE DEFENSE

Assuming that plaintiff suffered any damages, plaintiff has failed to mitigate his damages or take other reasonable steps to avoid or reduce his damages.

### FOURTH AFFIRMATIVE DEFENSE

Any harm suffered by plaintiff was legally and proximately caused by persons, individuals, corporations, or entities beyond the control or supervision of NCO, or for whom NCO is not responsible or liable.

### FIFTH AFFIRMATIVE DEFENSE

NCO at all times acted in compliance with the Fair Credit Reporting Act.

### SIXTH AFFIRMATIVE DEFENSE

At all times NCO has complied with its duties under FCRA, 15 U.S.C. § 1681, *et seq.*

### SEVENTH AFFIRMATIVE DEFENSE

NCO complied with the Fair Credit Reporting Act in its handling of Plaintiff's credit file and is entitled to each and every defense stated in the Act and any and all limitations of liability.

### EIGHTH AFFIRMATIVE DEFENSE

At all relevant times, NCO maintained and followed reasonable procedures to avoid violations of the Fair Credit Reporting Act and assure maximum possible accuracy of the information.

WHEREFORE, Defendant, NCO Financial Systems, Inc., respectfully requests that this answer be deemed good and sufficient, plaintiff's lawsuit be dismissed, with

prejudice, at plaintiff's costs, pursuant to Federal and State law, plaintiff be ordered to pay reasonable attorney's fees and costs for NCO, and for all other general and equitable relief.

Respectfully submitted,

__/s/_____
Erin O'Brien Millar, Esq.
WHITEFORD, TAYLOR & PRESTON, L.L.P.
7 St. Paul Street
Baltimore, MD  21202
Telephone:  (410) 659-6424
Facsimile: (410) 234-2377
E-mail: emillar@wtplaw.com

Attorneys for Defendant,
NCO Financial Systems, Inc.

\\sfnfs02\prolawdocs\6947\6947-29703\Sedgwick, Jeffery R. (Pro Se)\856622.doc

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on August 16, 2012 I electronically filed a true and exact

copy of the above and foregoing DEFENDANT, NCO FINANCIAL SYSTEMS, INC.'S

ANSWER TO SECOND AMENDED COMPLAINT with the Clerk of Court using the

CM/ECF system and served a true and exact copy of same upon Plaintiff, who is acting

*pro se*, by United States First-Class Mail, postage prepaid and properly addressed as

follows:


Jeffrey Sedgwick
9306 Hilltop Court
Laurel, MD 20708


/s/ Erin O. Millar
Erin O. Millar