UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| Jeffrey R. Sedgwick, | ) | |
| | ) | |
| Plaintiff | ) | Case No. RWT 12 CV 01361 |
| | ) | |
| v. | ) | |
| | ) | |
| NCO Financial Systems, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT, NCO FINANCIAL SYSTEMS, INC.'S,
RULE 7.1(A) CORPORATE DISCLOSURE STATEMENT**

Defendant, NCO Financial Systems, Inc. ("NCO"), through counsel and pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. NCO Financial Systems, Inc., a Pennsylvania corporation, is wholly owned by Compass International Services Corporation, a Delaware corporation. Compass International Services Corporation is wholly owned by Expert Global Solutions, Inc. f/k/a NCO Group, Inc., a Delaware corporation. All of the aforementioned corporations are ultimately wholly owned by EGS Holdings, Inc., a Delaware corporation. One Equity Partners and its corporate affiliates, which are affiliates of JP Morgan Chase & Co., own approximately 95% of EGS Holdings, Inc. stock.

                                        Respectfully submitted,

                                        _____/s/_____
                                        Erin O'Brien Millar, Esq.
                                        WHITEFORD, TAYLOR & PRESTON, L.L.P.
                                        7 St. Paul Street
                                        Baltimore, MD  21202
                                        Telephone:  (410) 659-6424
                                        Facsimile: (410) 234-2377
                                        E-mail: emillar@wtplaw.com

                                        Attorneys for Defendant,
                                        NCO Financial Systems, Inc.

\\sfnfs02\prolawdocs\6947\6947-29703\Sedgwick, Jeffery R. (Pro Se)\864380.doc

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 16, 2012 I electronically filed a true and exact copy of the above and foregoing DEFENDANT, NCO FINANCIAL SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT with the Clerk of Court using the CM/ECF system and served a true and exact copy of same upon Plaintiff, who is acting *pro se*, by United States First-Class Mail, postage prepaid and properly addressed as follows:

Jeffrey Sedgwick
9306 Hilltop Court
Laurel, MD 20708

/s/ Erin O. Millar
Erin O. Millar