UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 NOV 26  A 11: 24

CLERK'S OFFICE

| | |
|---|---|
| Jeffrey R. Sedgwick, | ) |
| Plaintiff, | ) Case No. RWT 12 CV 01361 |
| v. | ) |
| NCO Financial Systems, Inc., | ) |
| Defendant. | ) |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Jeffrey Sedgwick, and Defendant, NCO Financial Systems, Inc., by and through its undersigned counsel, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii), and jointly move this court for an order of dismissal with prejudice.

This stipulation and joint motion for dismissal with prejudice is based on the fact that the parties have resolved this action in its entirety. As part of said resolution, the parties agree to dismiss this action, in its entirety, with prejudice.

DATED this 26th day of November 2012.

Respectfully submitted,

_____
Jeffery R. Sedgwick
9306 Hilltop Court
Laurel, Maryland 20708
Telephone: (301) 776-0985
Email: vze2snju@verizon.net
*Plaintiff, Pro Se*

_____
Keren E. Gesund, Esq.
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
3850 N. Causeway Blvd., Ste. 200
Metairie, Louisiana 70002
Telephone: (504) 828-3737
Email: kgesund@sessions-law.biz
*Counsel for Defendant,
NCO Financial Systems, Inc.*